UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTIONETTE SLAUGHTER,

Plaintiff,

v.

VALLEY VIEW, LLP, et al.,

Defendants.

CASE NO. **2:26-cv-04455-JHC**

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 1**

The Court **GRANTS** Plaintiff's application to proceed in forma pauperis (Dkt. 1) and recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before summons is issued. The Clerk shall provide a copy of this Order to Plaintiff and to the presiding District Judge.

DATED this 23rd day of November, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge